IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT B. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:11-cv-03157 |
| ) | |
| PALISADES ACQUISITION XVI, LLC, ) | Judge Castillo |
| ARTHUR B. ADLER & ASSOCIATES, LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AGREED MOTION FOR REVISION OF DEADLINES**

Defendant, PALISADES ACQUISITION XVI, LLC, by its attorney, Todd P. Stelter, respectfully requests that Court revise several deadlines, and in support thereof, states as follows:

1. Plaintiffs' Complaint was filed on May 11, 2011 and both defendants have been served.

2. Defendant Palisades' current answer or otherwise pleading deadline is set for July 6, 2011. [Dkt. #12].

3. Defendant Adler's current answer or otherwise pleading deadline is set for July 12, 2011. [Dkt. #19].

4. The parties have been directed by the Court to draft and file the joint status report on or before July 11, 2011. [Dkt. #12].

5. The case is currently set for a status hearing before this Court on July 14, 2011 at 9:45 a.m. [Dkt. #19]. Therefore, this motion was set up for that same date and time to avoid multiple scheduled dates.

6. The parties have engaged in multiple conferences to discuss the content of the joint status report, as well as associated scheduling and pleadings issues. The parties have been working diligently to draft the joint status report.

7. However, it has recently been indicated by plaintiff's counsel that plaintiff intends to file an amended complaint on or by July 12, 2011.

8. Therefore, the parties have agreed as to the filing of this motion to the Court requesting that several deadlines be revised.

9. These revisions are not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. The revised scheduling is necessary to analyze the anticipated amended pleading and prepare appropriate responses, as well as appropriately report to the Court.

10. Therefore, the parties request the following deadlines be revised:

(a) Palisades' and Adler's current answer or otherwise pleading deadlines [Dkt. #12 & #19], are requested to be stricken and reset for July 26, 2011;

(b) The joint status report deadline [Dkt. #12] is requested to be stricken and reset for August 2, 2011, so that the parties have a chance to analyze the amended complaint and responsive pleadings and properly complete the joint report content.

11. Undersigned counsel has communicated with counsel for Adler and counsel for plaintiff and it has been indicated that this is an agreed motion.

WHEREFORE, the parties respectfully requests this Court revise deadlines as follows:

(a) Palisades' and Adler's answer or otherwise pleading deadlines [Dkt. #12 & #19], to be stricken and reset for July 26, 2011; and

(b) The joint status report deadline [Dkt. #12] is stricken and reset for a date for August 2, 2011.

130119722v1 65803

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
      On Behalf of Palisades Acquisition XVI, LLC

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT B. HARRIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PALISADES ACQUISITION XVI, LLC, ) <br> ARTHUR B. ADLER & ASSOCIATES, LTD., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:11-cv-03157 <br><br> Judge Castillo |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2011, I electronically filed **AGREED MOTION FOR REVISION OF DEADLINES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Alexander Holmes Burke**
ABurke@BurkeLawLLC.com

**Edward F. Ruberry**
ed.ruberry@brg-law.net

                        Respectfully submitted,


                        By:      s/Todd P. Stelter


Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

130119722v1 65803